IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Laura Galera       Date: May 3, 2012
Court Reporter:    Gwen Daniel

Civil Action No. 12-cv-01136-RBJ

*Parties*:                                    *Counsel*:

LIVE NATION MERCHANDISE, INC.,                Cara Burns

      Plaintiff,

v.

JOHN DOES 1-100,
JANE DOES 1-100, and
XYZ COMPANY,

      Defendants.

## COURTROOM MINUTES

**Hearing on Motion for Temporary Restraining Order**

**8:14 a.m.     Court in session.**

Appearances of counsel.

Argument By Ms. Burns As To The Ex Parte Application For: A Temporary Restraining Order; A Seizure Order; And An Order To Show Cause Regarding Why A Preliminary Injunction And Seizure Order Should Not Issue Doc.# [3].

For the reasons and findings as stated on the record, it is;

**ORDERED:**   The Ex Parte Application For: A Temporary Restraining Order; A Seizure Order; And An Order To Show Cause Regarding Why A Preliminary Injunction And Seizure Order Should Not Issue Doc.# [3] is GRANTED.

**ORDERED:**   A Show Cause Hearing is set **May 18, 2012 at 10:00 a.m.** before the Honorable

      Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj
      United States Courthouse, 901 19th Street, Denver, Colorado 80294.

**ORDERED:** Court sets the bond at $1,000.

**ORDERED:** Plaintiff to provide the Court with an Order with all of the applicable information and dates as stated on the record.

**8:33 a.m.**  **Court in recess.**

Hearing concluded.

Total time:  00:19